

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Garrett Wayne Whitten, Appellant

No. 06-23-00076-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30046). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Garrett Wayne Whitten, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 23, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk